UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-02942 JAK (ADSx) | Date | October 18, 2021 |
|---|---|---|---|
| Title | DRR, LLC v. Ferrari North America, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson | Lisa Gonzalez |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Amy Rotman (video) | Richard Stuhlbarg (video) |

**Proceedings:**     **PLAINTIFF'S MOTION TO REMAND COMPLAINT (DKT. 12)**

The motion hearing is held via Zoom Webinar. Counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. The Court states its tentative view that it will deny Plaintiff's Motion to Remand (the "Motion" (Dkt. 12)). Counsel address the Court.

The Court continues to December 3, 2021, the deadline for parties to participate in a settlement conference with Magistrate Judge Spaeth. The post mediation status conference is set for December 20, 2021, at 11:30 a.m., with the specific time subject to change when the final calendar is issued. If a settlement is reached, by December 15, 2021, the parties shall file a notice of settlement with a proposed date by which the matter will be dismissed. No appearance will be required on December 20, 2021, if a notice of settlement is timely filed. If a notice of settlement is not filed, counsel shall file a joint report by December 15, 2021, stating the procedural status of the settlement process, including whether any discussions are ongoing, and, if so, when they are expected to conclude. A decision on the Motion, including the request for jurisdictional discovery, is **DEFERRED** pending the filing of the joint report regarding settlement.

**IT IS SO ORDERED.**

| | : | 30 |
|---|---|---|
| Initials of Preparer | TJ | |