**WIRTZ LAW APC**
Richard M. Wirtz (SBN 137812)
Erin K. Barns (SBN 286865)
4370 La Jolla Village Drive, Suite 800
San Diego, CA 92122
Telephone: (858) 259-5009
Email: eservice@wirtzlaw.com

Attorneys for Plaintiff,
DRR, LLC

**BOWMAN AND BROOKE LLP**
Richard Stuhlbarg (SBN 180631)
970 West 190th St., Suite 700
Torrance, CA 90502
Email(s): richard.stuhlbarg@bowmanandbrooke.com;
efileferrari@bowmanandbrooke.com

Attorneys for Defendant,
FERRARI NORTH AMERICA, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**DRR, LLC, a California Limited Liability Company**,

Plaintiff,

vs.

**FERRARI NORTH AMERICA, INC., a Delaware Corporation; and DOES 1 through 30, inclusive,**

Defendants.

Case No.: 2:21-cv-02942-JAK-ADS
Unlimited Jurisdiction

(Removed from Los Angeles Superior Court, Case No. 21STCV07733)

**STIPULATION TO RETAIN JURISDICTION; [PROPOSED] ORDER**

**TO THE COURT:**

**WHEREAS,** Plaintiff DRR, LLC ("Plaintiff") and Defendant FERRARI NORTH AMERICA, INC. ("Defendant", "Ferrari") (hereinafter collectively referred to as "Parties") have settled this action via Confidential Settlement and Release (hereinafter referred to as "Settlement") signed on February 3, 2022;

**WHEREAS**, Plaintiff filed the Notice of Settlement following verbal agreement in principle on December 27, 2021;

**WHEREAS**, upon receipt of the Notice of Settlement, on December 28, 2021, this Court dismissed the case without prejudice, retaining jurisdiction for 60 days so that the parties could complete the settlement and/or submit a stipulation to continue the retention of jurisdiction;

**WHEREAS,** the Settlement, which was finalized and executed recently on February 3, 2022, provides that Plaintiff will dismiss this action with prejudice upon the satisfaction of all of Defendant's obligations thereunder (which includes taking possession of the vehicle, paying a confidential settlement amount, and paying attorney's fees, costs, and expenses either by agreement or via a motion for attorney's fees, costs, and expenses;

**WHEREAS,** Defendant's obligations under the Settlement have not all been met and thus Plaintiff is not yet required to file a Request for Dismissal with Prejudice;

**IT IS HEREBY STIPULATED AND REQUESTED** by and between Plaintiff DRR, LLC and Defendant Ferrari, through their respective counsel, as follows:

(1) The Court shall retain jurisdiction over this action for an additional 60 days

(2) If the parties cannot settle fees, costs, and expenses, Plaintiff shall file his motion for same within said 60-day period and the Court shall retain jurisdiction over this action until the amount awarded by the Court is paid.

///

///

DATED: February 25, 2022

**WIRTZ LAW APC**

By: */s/ Richard M. Wirtz*
RICHARD M. WIRTZ
ERIN K. BARNS
Attorneys for Plaintiff,
**DRR, LLC**

DATED: February 25, 2022

**BOWMAN AND BROOKE LLP**

By: */s/ Richard Stuhlbarg*
RICHARD STUHLBARG
Attorney for Defendant,
**FERRARI NORTH AMERICA, INC.**